NO. 29790

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

TIMOTHY A. WALSH, Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 08-1-0418(3))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. for the court[1])

Petitioner State of Hawaii's application for writ of certiorari, filed on September 9, 2010, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 25, 2010.

FOR THE COURT:

*Mark E. Recktenwald*

Chief Justice

Benjamin M. Acob,
Prosecuting Attorney,
and Peter A. Hanano,
First Deputy
Prosecuting Attorney,
on the application for
petitioner/plaintiff-
appellee.

---

[1] Considered by: Recktenwald, C.J., Nakayama, J., Acoba, J., Duffy, J., and Circuit Judge Sakamoto, assigned by reason of vacancy.